619 A.2d 1355

**PENNSYLVANIA STATE TROOPERS ASSOCIATION, a Pennsylvania non-profit corporation, (appellant at No. 17) and Fraternal Order of Police, Capitol Police Lodge No. 85, by Karl B. Sheaffer, Trustee ad litem, and Richard P. Fischer, Trustee ad litem (appellant at No. 18)**

v.

## COMMONWEALTH OF PENNSYLVANIA, OFFICE OF ADMINISTRATION.

Supreme Court of Pennsylvania.

Argued Jan. 25, 1993.

Decided Feb. 17, 1993.

Steven O. Newhouse, Frank A. Fisher, Jr., Harrisburg, for the Com.

Before NIX, C.J., and LARSEN, FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY and MONTEMURO, JJ.

## ORDER

PER CURIAM:

Order affirmed.

PAPADAKOS and CAPPY, JJ., dissent.